| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2014 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Coleman, Sharon J. | 2. Court or Organization<br><br>Northern District of Illinois | 3. Date of Report<br><br>09/17/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>District Judge - active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

| 7. Chambers or Office Address<br><br>219 S. Dearborn Street - Chamers 1460<br>Chicago, Illinois 60604 |
|---|

| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information.* |
|---|

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1996 | State of Illinois Employee Pension Fund: Pension upon retirement age 59.5 |
| 2. 1984 | Cook County Employee Retirement Fund: Pension upon retirement age 59.5 |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coleman, Sharon J. | 09/17/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Blue Cross Blue Shield of Michigan |
| 2. | 2014 | Excellus Health Plan, Inc. - Employment |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase (Part VII - Line 6) | Rental Property - Mortgage, Chicago, IL (Pt VII, line 3) | N |
| 2. | Cardmember Service | Credit Card | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coleman, Sharon J. | 09/17/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Planites Credit Union | A | Int./Div. | K | T | | | | | |
| 2. Citibank | A | Int./Div. | K | T | | | | | |
| 3. Rental Property - Chicago, Il (Purchased 2007 $340,000) | E | Rent | O | W | | | | | |
| 4. State of Illinois Retirement Fund | | None | M | W | | | | | |
| 5. Merrill Lynch (H) | | | | | | | | | |
| 6. - Merrill Lynch Money Market Account | A | Interest | J | T | | | | | |
| 7. - Merrill Lynch Wealth Management Mutual Funds IRA #1 | D | Dividend | M | T | | | | | |
| 8. - First Eagle Mutual Fund | | | | | Buy | 01/27/14 | J | | |
| 9. - UAM FPA Crescent Port Mutual Fund | | | | | Buy | 01/27/14 | J | | |
| 10. - Permanent Portfolio Fund Mutual Fund | | | | | Buy | 01/27/14 | J | | |
| 11. - Leut Hold Core Investment Mutual Fund | | | | | Sold | 01/27/14 | J | A | |
| 12. - IVY Asset Strategy Mutual Fund "(X)" | | | | | Sold | 01/27/14 | J | A | |
| 13. - IVY Asset Strategy Mutual Fund "(X)" | | | | | Buy | 05/02/14 | J | | |
| 14. - First Eagle Mutual Fund | | | | | Sold | 05/02/14 | J | A | |
| 15. - Leut Hold Core Investment Mutual Fund | | | | | Sold | 05/02/14 | J | A | |
| 16. - UAM FPA Crescent Port Mutual Fund | | | | | Sold | 05/02/14 | J | A | |
| 17. - Permanent Portfolio Fund Mutual Fund | | | | | Sold | 05/02/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coleman, Sharon J. | 09/17/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - IVY Asset Strategy Mutual Fund "(X)" | | | | | Buy | 08/19/14 | J | | |
| 19. - FPA Crescent Port Mutual Fund | | | | | Buy | 08/18/14 | J | | |
| 20. - Leut Hold Core Investment Mutual Fund | | | | | Sold | 08/19/14 | J | A | |
| 21. - Leut Hold Core Investment Mutual Fund | | | | | Buy | 11/26/14 | J | | |
| 22. - Permanent Portfolio Fund Mutual Fund | | | | | Buy | 11/26/14 | J | | |
| 23. - IVY Asset Strategy Mutual Fund "(X)" | | | | | Sold | 11/26/14 | J | A | |
| 24. - FPA Crescent Port Mutual Fund | | | | | Sold | 11/26/14 | J | A | |
| 25. - Merrill Lynch Money Market Account | A | Interest | J | T | | | | | |
| 26. - Merrill Lynch Wealth Management Mutual Funds IRA | A | Dividend | J | T | | | | | |
| 27. - Leut Hold Core Investment Mutual Fund | | | | | Buy | 01/27/14 | J | | |
| 28. - UAM FPA Crescent Port Mutual Fund | | | | | Buy | 01/27/14 | J | | |
| 29. - Permanent Portfolio Fund Mutual Fund | | | | | Buy | 01/27/14 | J | | |
| 30. - IVY Asset Strategy Mutual Fund "(X)" | | | | | Sold | 01/27/14 | J | A | |
| 31. - IVY Asset Strategy Mutual Fund "(X)" | | | | | Sold | 05/02/14 | J | A | |
| 32. - Leut Hold Core Investment Mutual Fund | | | | | Buy | 11/26/14 | J | | |
| 33. - Merrill Lynch Money Market Account | A | Interest | L | T | | | | | |
| 34. - Merrill Lynch Wealth Management Mutual Funds IRA Rollover | F | Dividend | P1 | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coleman, Sharon J. | 09/17/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - The Oakmark Int'l Fund Mutual Fund | | | | | Buy | 01/27/14 | J | | |
| 36. - First Eagle Mutual Fund | | | | | Buy | 01/27/14 | J | | |
| 37. - Leut Hold Core Investment Mutual Fund | | | | | Buy | 01/27/14 | J | | |
| 38. - Prudential Short Term Mutual Fund | | | | | Buy | 01/27/14 | J | | |
| 39. - John Hancock Income Fund Mutual Fund | | | | | Buy | 01/27/14 | J | | |
| 40. - Paydem GNMA Fund CL INV Mutual Fund | | | | | Buy | 01/27/14 | J | | |
| 41. -Oppenheimer Mutual Fund | | | | | Buy | 01/27/14 | J | | |
| 42. -Oppenheimer Mutual Fund | | | | | Buy | 01/27/14 | J | | |
| 43. -Aberdeen Global High Mutual Fund | | | | | Buy | 01/27/14 | J | | |
| 44. -PIMCO Total Return Fund Mutual Fund | | | | | Buy | 01/27/14 | J | | |
| 45. -Invesco International Mutual Fund | | | | | Buy | 01/27/14 | J | | |
| 46. -UAM FPA Crescent Port Mutual Fund | | | | | Buy | 01/27/14 | J | | |
| 47. -Templeton Global Bond Fund Mutual Fund | | | | | Buy | 01/27/14 | J | | |
| 48. -Loomis Sayles Strategic Mutual Fund | | | | | Buy | 01/27/14 | J | | |
| 49. -Permanent Portfolio Fund Mutual Fund | | | | | Buy | 01/27/14 | J | | |
| 50. -WisdomTree EM Small Cap Mutual Fund | | | | | Buy | 01/29/14 | J | | |
| 51. -Oppenheimer Mutual Fund | | | | | Sold | 01/27/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coleman, Sharon J. | 09/17/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -IVY Asset Strategy Mutual Fund "(X)" | | | | | Sold | 01/27/14 | J | A | |
| 53. -IShares Russell 1000 Mutual Fund "(X)" | | | | | Sold | 01/29/14 | J | A | |
| 54. -IShares Russell 1000 Mutual Fund "(X)" | | | | | Sold | 01/29/14 | J | A | |
| 55. -IShares RS 2000 Growth Mutual Fund "(X)" | | | | | Sold | 01/29/14 | J | A | |
| 56. -IShares RS 2000 Growth Mutual Fund "(X)" | | | | | Sold | 01/29/14 | J | A | |
| 57. - The Oakmark Int'l Fund Mutual Fund | | | | | Buy | 03/31/14 | J | | |
| 58. - Leut-Hold Core Investment Mutual Fund | | | | | Buy | 03/31/14 | J | | |
| 59. - John Hancock Income Fund Mutual Fund | | | | | Buy | 03/31/14 | J | | |
| 60. -Oppenheimer Mutual Fund | | | | | Buy | 03/31/14 | J | | |
| 61. -Oppenheimer Int'l Mutual Fund | | | | | Buy | 03/31/14 | J | | |
| 62. -IVY Asset Strategy Mutual Fund "(X)" | | | | | Buy | 03/31/14 | J | | |
| 63. -Lord Abbett Short Mutual Fund | | | | | Buy | 03/31/14 | M | | |
| 64. -Angel Oak Multi Strategy Mutual Fund | | | | | Buy | 03/31/14 | K | | |
| 65. -Mainstay Short Duration Mutual Fund | | | | | Buy | 03/31/14 | K | | |
| 66. -Templeton Global Bond Fund Mutual Fund | | | | | Buy | 03/31/14 | K | | |
| 67. -Loomis Sayles Strategic Mutual Fund | | | | | Buy | 03/31/14 | J | | |
| 68. - Permanent Portfolio Fund Mutual Fund | | | | | Buy | 03/31/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coleman, Sharon J. | 09/17/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - First Eagle Mutual Fund | | | | | Sold | 03/31/14 | N | A | |
| 70. - Prudential Mutual Fund "(X)" | | | | | Sold | 03/31/14 | K | A | |
| 71. - Payden GNMA Fund CL INV Mutual Fund | | | | | Sold | 03/31/14 | L | A | |
| 72. - Oppenheimer Mutual Fund "(X)" | | | | | Sold | 03/31/14 | K | A | |
| 73. - Aberdeen Global High Mutual Fund | | | | | Sold | 03/31/14 | K | A | |
| 74. - Pimco Total Return Fund Mutual Fund | | | | | Sold | 03/31/14 | L | A | |
| 75. - Invesco Int'l Mutual Fund | | | | | Sold | 03/31/14 | J | A | |
| 76. - UAM FPA Crescent Port Mutual Fund | | | | | Sold | 03/31/14 | J | A | |
| 77. - IShares RS 2000 Growth Mutual Fund "(X)" | | | | | Buy | 04/02/14 | J | | |
| 78. - IShares Russell 1000 Mutual Fund "(X)" | | | | | Sold | 04/02/14 | J | A | |
| 79. - IShares Russell 1000 Mutual Fund "(X)" | | | | | Sold | 04/02/14 | J | A | |
| 80. - WisdomTree EM Small Cap Mutual Fund "(X)" | | | | | Sold | 04/02/14 | J | A | |
| 81. - IShares RS 2000 Mutual Fund "(X)" | | | | | Sold | 04/02/14 | J | A | |
| 82. - The Oakmark Int'l Fund Mutual Fund | | | | | Buy | 08/19/14 | J | | |
| 83. - Prudential Short Term Mutual Fund | | | | | Buy | 08/19/14 | J | | |
| 84. - John Hancock Income Fund Mutual Fund | | | | | Buy | 08/19/14 | J | | |
| 85. - Oppenheimer International Mutual Fund | | | | | Buy | 08/19/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coleman, Sharon J. | 09/17/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | - Aberdeen Global High Mutual Fund | | | | | Buy | 08/19/14 | J | | |
| 87. | - IVY Asset Strategy Mutual Fund | | | | | Buy | 08/19/14 | J | | |
| 88. | - Lord Abbett Short Mutual Fund | | | | | Buy | 08/19/14 | J | | |
| 89. | - Pimco Total Return Fund Mutual Fund | | | | | Buy | 08/19/14 | J | | |
| 90. | - Angel Oak Multi Strategy Mutual Fund | | | | | Buy | 08/19/14 | J | | |
| 91. | - Mainstay Short Duration Mutual Fund | | | | | Buy | 08/19/14 | J | | |
| 92. | - Invesco International Mutual Fund | | | | | Buy | 08/19/14 | J | | |
| 93. | - FPA Crescent Fund Mutual Fund | | | | | Buy | 08/19/14 | J | | |
| 94. | - Templeton Global Bond Fd Mutual Fund | | | | | Buy | 08/19/14 | J | | |
| 95. | - Loomis Sayles Strategic Mutual Fund | | | | | Buy | 08/19/14 | J | | |
| 96. | - IShares RS 2000 Growth Mutual Fund | | | | | Buy | 08/21/14 | J | | |
| 97. | - IShares RS 2000 Value Mutual Fund | | | | | Buy | 08/21/14 | J | | |
| 98. | - First Eagle Mutual Fund | | | | | Sold | 08/19/14 | J | A | |
| 99. | - Leut-Hold Core Investment Mutual Fund | | | | | Sold | 08/19/14 | J | A | |
| 100. | - Oppenheimer Developing Mutual Fund "(X)" | | | | | Sold | 08/19/14 | J | A | |
| 101. | - Permanent Portfolio Fund Mutual Fund | | | | | Sold | 08/19/14 | J | A | |
| 102. | - IShares Russell 1000 Mutual Fund "(X)" | | | | | Sold | 08/21/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coleman, Sharon J. | 09/17/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - IShares Russell 1000 Mutual Fund "(X)" | | | | | Sold | 08/21/14 | J | A | |
| 104. -WisdomTree EM Small Cap Mutual Fund "(X)" | | | | | Sold | 08/21/14 | J | A | |
| 105. - The Oakmark Int'l Fund Mutual Fund | | | | | Buy | 11/26/14 | J | | |
| 106. - First Eagle Mutual Fund | | | | | Buy | 11/26/14 | J | | |
| 107. - LeutHold Core Investment Mutual Fund | | | | | Buy | 11/26/14 | J | | |
| 108. - Prudential Short Term Mutual Fund | | | | | Buy | 11/26/14 | J | | |
| 109. - John Hancock Income Fund Mutual Fund | | | | | Buy | 11/26/14 | J | | |
| 110. - Oppenheimer Developing Mutual Fund "(X)" | | | | | Buy | 11/26/14 | J | | |
| 111. - Oppenheimer International Mutual Fund "(X)" | | | | | Buy | 11/26/14 | J | | |
| 112. - Aberdeen Global High Mutual Fund | | | | | Buy | 11/26/14 | J | | |
| 113. - IVY Asset Strategy Mutual Fund "(X)" | | | | | Buy | 11/26/14 | J | | |
| 114. - Lord Abbett Short Mutual Fund | | | | | Buy | 11/26/14 | J | | |
| 115. - Angel Oak Multi Strategy Mutual Fund | | | | | Buy | 11/26/14 | J | | |
| 116. - Mainstay Short Duration Mutual Fund | | | | | Buy | 11/26/14 | J | | |
| 117. - Invesco International Mutual Fund | | | | | Buy | 11/26/14 | J | | |
| 118. - Templeton Global Bond Fund Mutual Fund | | | | | Buy | 11/26/14 | J | | |
| 119. - Loonis Sayles Strategic Mutual Fund | | | | | Buy | 11/26/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coleman, Sharon J. | 09/17/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. - Permanent Portfolio Fund Mutual Fund | | | | | Buy | 11/26/14 | J | | |
| 121. - Pimco Total Return Fund Mutual Fund | | | | | Sold | 11/26/14 | J | A | |
| 122. - FPA Crescent Fund Mutual Fund | | | | | Sold | 11/26/14 | J | A | |
| 123. - WisdomTree Small Cap Mutual Fund "(X)" | | | | | Buy | 12/01/14 | J | | |
| 124. - IShares Russell 1000 Mutual Fund "(X)" | | | | | Sold | 12/01/14 | J | A | |
| 125. - IShares Russell 1000 Mutual Fund "(X)" | | | | | Sold | 12/01/14 | J | A | |
| 126. - IShares RS 2000 Growth Mutual Fund "(X)" | | | | | Sold | 12/01/14 | J | A | |
| 127. - IShares RS 2000 Value Mutual Fund "(X)" | | | | | Sold | 12/01/14 | J | A | |
| 128. | | | | | | | | | |
| 129. | | | | | | | | | |
| 130. | | | | | | | | | |
| 131. | | | | | | | | | |
| 132. | | | | | | | | | |
| 133. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Coleman, Sharon J. | 09/17/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII PAGE 4 LINE 12 WAS INCLUDED IN THE PORTFOLIO OF MERRILL LYNCH IN THE PRIOR REPORT, HOWEVER, INADVERTENTLY NOT LISTED INDEPENDENTLY WHEN PURCHASED ON 6/25/13.

PART VII PAGE 5 LINES 23, 30 AND 31, WAS INCLUDED IN THE PORTFOLIO OF MERRILL LYNCH IN THE PRIOR REPORT, HOWEVER, INADVERTENTLY NOT LISTED INDEPENDENTLY WHEN PURCHASED ON 6/25/13.

PART VII PAGE 7 LINES 52, 53, 54, 55 AND 56, WAS INCLUDED IN THE PORTFOLIO OF MERRILL LYNCH IN THE PRIOR REPORT, HOWEVER, INADVERTENTLY NOT LISTED INDEPENDENTLY WHEN PURCHASED ON 7/15/13.

PART VII PAGE 8 LINES 70, 72, 78, 79, 80 AND 81, WAS INCLUDED IN THE PORTFOLIO OF MERRILL LYNCH IN THE PRIOR REPORT, HOWEVER, INADVERTENTLY NOT LISTED INDEPENDENTLY WHEN PURCHASED ON 7/15/13.

PART VII PAGE 9 LINES 100 AND 102, WAS INCLUDED IN THE PORTFOLIO OF MERRILL LYNCH IN THE PRIOR REPORT, HOWEVER, INADVERTENTLY NOT LISTED INDEPENDENTLY WHEN PURCHASED ON 7/15/13.

PART VII PAGE 10 LINE 103 WAS INCLUDED IN THE PORTFOLIO OF MERRILL LYNCH IN THE PRIOR REPORT, HOWEVER, INADVERTENTLY NOT LISTED INDEPENDENTLY WHEN PURCHASED ON 7/15/13.

PART VII PAGE 11 LINE 124, 125, 126 AND 127, WAS INCLUDED IN THE PORTFOLIO OF MERRILL LYNCH IN THE PRIOR REPORT, HOWEVER, INADVERTENTLY NOT LISTED INDEPENDENTLY WHEN PURCHASED ON 7/15/13.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sharon J. Coleman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544